CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JACK L SHEPPARD
jsheppard@lqss.com
LIEBMAN, QUIGLEY & SHEPPARD
3255 Wilshire Blvd., Suite 1200
Los Angeles, CA 90010
Telephone: (213) 387-0777
Facsimile: (213) 387-6754
Attorney for Defendant
Merco, LLC, 2260 East 15TH Street, LLC and Rick Romo Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MERCO, LLC, a California Limited Liability Company; 2260 EAST 15TH STREET, LLC, a California Limited Liability Company; RICKY ROMO INC., a California Corporation;and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:18-CV-01495-JVS-AS<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: August 3, 2018          CENTER FOR DISABILITY ACCESS

By: __/s/ Phyl Grace__
  Phyl Grace
  Attorneys for Plaintiff

Dated: August 3, 2018          LIEBMAN, QUIGLEY & SHEPPARD

By: __/s/ Jack L Sheppard__
  Jack L Sheppard
  Attorney for Defendants
  Merco, LLC, 2260 East 15th Street, LLC
  and Rick Romo Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jack L Sheppard, counsel for Merco, LLC, 2260 East 15th Street, LLC and Rick Romo Inc., and that I have obtained Mr. Sheppard's authorization to affix his electronic signature to this document.

Dated: August 3, 2018               CENTER FOR DISABILITY ACCESS

                                         By:   /s/ Phyl Grace
                                                 Phyl Grace
                                                 Attorney for Plaintiff