JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chris Langer,<br><br>        Plaintiff,<br><br>  v.<br><br>MERCO, LLC, et al.,<br><br>        Defendant(s). | CV 18-01495 JVS (ASx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: August 8, 2018

                                             James V. Selna
                                    United States District Judge